FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ALONZO FITZGERALD TAYLOR,

    Petitioner,

 v.

TONY HEDGPETH,

    Respondent.

No.  CV 08-6483-R (AGR)

**JUDGMENT**

  Pursuant to the order adopting the magistrate judge's report and recommendation,

  IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: _Jan. 8, 2009_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE